**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Leonel MAGANA, Defendant–Appellant.**

No. 08–50211.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

Stephen Frederick Miller, U.S. Attorney's Office Southern District of CA, San Diego, CA, for Plaintiff–Appellee.

Gary P. Burcham, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Jose Leonel Magana appeals from the 27–month sentence imposed following his guilty-plea conviction for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Magana contends that the district court failed to consider certain evidence of his drug abuse problems in its analysis under 18 U.S.C. § 3553(a). Reviewing for plain error, *see United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008), we conclude that the district court did not procedurally err, *see United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.